UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTONIO HARRIS, | |
| Plaintiff, | Case No. 1:17-cv-04778 |
| v. | |
| GC SERVICES, LP, | Honorable Judge Charles R. Norgle |
| Defendant. | |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that ANTONIO HARRIS ("Plaintiff"), hereby notifies the Court that the Parties have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 45 days. The Parties propose to file a stipulated dismissal with prejudice within 45 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 24rd day of April, 2018.

Respectfully submitted,

*s/ Mohammed O. Badwan*
Mohammed O. Badwan
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, IL 60148
Phone: (630) 575-8181
mbadwan@sulaimanlaw.com
*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                                                    *s/ Mohammed O. Badwan*_____
                                                    Mohammed O. Badwan