# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANTONIO HARRIS, | |
| Plaintiff, | Case No.: 1:17-cv-04778 |
| v. | Honorable Judge Charles R. Norgle |
| GC SERVICES, LP, | |
| Defendant. | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, ANTONIO HARRIS, and Defendant, GC SERVICES LIMITED PARTNERSHIP, through their respective counsel, stipulate and agree that the above-captioned action is dismissed, with prejudice, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorneys' fees.

Dated: May 3, 2018                                         Respectfully Submitted,

**ANTONIO HARRIS**                                         **GC SERVICES LIMITED PARTNERSHIP**

*/s/ Mohammed O. Badwan*                                   */s/ William S. Helfand (with consent)*
Mohammed O. Badwan                                         William S. Helfand
*Counsel for Plaintiff*                                    *Counsel for Defendant*
Sulaiman Law Group, LTD                                    Lewis Brisbois Bisgaard & Smith, LLP
2500 S. Highland Ave., Ste. 200                            24 Greenway Plaza, Suite 1400
Lombard, Illinois 60148                                    Houston, TX 77046
Phone: (630) 575-8181                                      Phone: (713) 659-6767
mbadwan@sulaimanlaw.com                                    bill.helfand@lewisbrisbois.com

4818-2336-7269.1